**Electronically Filed
Supreme Court
SCWC-24-0000310
15-JUN-2026
03:24 PM
Dkt. 7 OGAC**

SCWC-24-0000310

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

K.M.,
Petitioner/Petitioner-Appellant,

vs.

CHILD SUPPORT ENFORCEMENT AGENCY,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000310; CASE NO. 3FAL-22-0000002)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner KM's Application for Writ of Certiorari, filed on May 4, 2026, is hereby accepted.

It is further ordered that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, June 15, 2026.

/s/ Vladimir P. Devens
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Lisa W. Cataldo

